UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARLOS AGUIAR**                                         **CIVIL CASE**
                                                          **NO. 04-12011-MLW**

           **V.**

**LIMA & CURA FISHING CORP.**
           **Defendant(s)**

                                   **NOTICE OF RESCHEDULING**
**WOLF, D.J.**

The **SCHEDULING CONFERENCE** originally scheduled for **FEBRUARY 2, 2005** at **4:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **FEBRUARY 3, 2005** at **4:30 PM** in courtroom 10 on the 5th floor.

                                                          **TONY ANASTAS**
                                                          **CLERK OF COURT**

**January 28, 2005**                          **By:**   **/s/ Dennis O'Leary**
**Date**                                                **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                      [ntchrgcnf.]