UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARLOS A. AGUIAR,<br>    Plaintiff<br><br>V.<br><br>LIMA & CURA FISHING<br>CORPORATION,<br>    Defendant | Civil Action<br><br>No. 04-12011-MLW |

JOINT SCHEDULING STATEMENT

Now comes the parties in the above captioned matter and respectfully submits this joint proposed scheduling statement.

2. <u>Designation of Expert Testimony, on Issues upon which a Party has the Burden of Proof</u>
Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) with regard to issues upon which a party has the burden of proof, on or before August August 1, 2005.

3. <u>Designation of Responsive Expert Testimony</u>
Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) which will be offered in response to expert testimony set forth in paragraph 2 above, or to rebut and/or contradict evidence offered by the opposing party upon an issue upon which the opposing party has the burden of proof, on or before September 1, 2005.

4. <u>All Dispositive Motions</u>
All dispositive motions to be filed on or before October 1, 2005

5. <u>Close of Discovery</u>
All discovery to be concluded on or before October 15, 2005.

6. <u>Final Pretrial Conference</u>
Final pretrial conference to be held on some date on or after November 1, 2005

7. <u>Deposition Testimony to be Used in Lieu of Trial Testimony</u>
The Parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial, at any time up to and including the last Friday preceding the date of trial.

8. <u>Ready for Trial</u>
The parties will be prepared for trial in this matter on or after November 1, 2005.

Plaintiff and Defendant attorneys affirmatively state that they have discussed the probable budget for prosecuting and defending this action with their clients and the signature of the Plaintiff and Defendant will follow.

Respectfully submitted for the
the Plaintiff, CARLOS A. AGUIAR,
by his attorney,


/s/ David F. Anderson
/s/David F. Anderson
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 1/28/05

        Respectfully submitted for the
the Defendnat Lima & Cura Fishing Corporation,
by its attorney,

/s/ Joseph A. Regan
/s/Joseph Regan
Regan & Kiely LLP
85 Devonshire St.
Boston, MA 02109

Dated: 1/28/05

3