**REGAN & KIELY LLP**

ATTORNEYS AT LAW

85 DEVONSHIRE STREET

BOSTON, MASSACHUSETTS 02109

JOSEPH A. REGAN  
ROBERT E. KIELY  
SYD A. SALOMAN

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901  
FAX (617) 723-0977

March 3, 2005

David F. Anderson, Esquire  
Latti & Anderson LLP  
30-31 Union Wharf  
Boston, MA 02109

Re:   Carlos A. Aguiar, Plaintiff v. Lima & Cura Fishing Corporation, Defendant  
      Civil Action No. 04-12011-MLW  
      Our File No. M1549

Dear Mr. Anderson:

You will either at the same time or shortly receive a Notice of Deposition for Mr. Aguiar in this case. We do not want to go forward with the deposition without having a response to our written discovery which was sent to you on November 5, 2004 and which is long overdue. Kindly advise as to when we might expect to receive responses to our written discovery.

Also, please consider this to be an effort to resolve or narrow the issues prior to the filing of any motion before the court. We look forward to hearing from you at your earliest opportunity.

Very truly yours,

**REGAN & KIELY LLP**

Joseph A. Regan

JAR/cb