UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS A. AGUIAR,  )<br>    Plaintiff       )<br>VS.              )     Civil Action<br>                 )     No. 04-12011-MLW<br>LIMA & CURA FISHING  )<br>CORPORATION,        )<br>    Defendant      ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S REPSONSE TO DISCOVERY REQUESTS**

Now comes the Plaintiff in the above-entitled action, by his attorney, submits Plaintiff's Opposition to Defendant's Motion to Compel Plaintiff's Response to Discovery Requests and states the following:

Plaintiff hand delivered answers to Defendant's Interrogatories and responses and documents to Defendant's Request for Production of Documents on June 16, 2005. *Exhibit A*. Therefore, Defendant's motion is moot.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion as Moot.

Carlos Aguiar, Plaintiff,
by his attorney,

/s/ David F. Anderson
David F. Anderson, BBO #560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:   June 9, 2005

CERTIFICATE OF SERVICE

       I hereby certify that on June 16, 2005, I electronically filed Plaintiff's Opposition to Defendant's Motion to Compel Plaintiff's Response to Discovery Requests with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Joseph A. Regan, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

                                          Respectfully submitted for the
                                          the Plaintiff,

                                          /s/David F. Anderson
                                          David F. Anderson
                                          Latti & Anderson LLP
                                          30-31 Union Wharf
                                          Boston, MA 02109
                                          617-523-1000
                                          danderson@lattianderson.com