# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605
*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

June 16, 2005

HAND DELIVERED
Joseph A. Regan, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Re:   Carlos Aguiar v. Lima & Cura Fishing Corporation
       Civil Action No.:  04-12011-MLW

Dear Mr. Regan:

    Enclosed please find a copy of the Plaintiff's unsigned Answers to Interrogatories and Plaintiff's Response to Defendant's Request for Production of Documents in connection with the above-captioned matter.

Very truly yours,

David F. Anderson

DFA:dmt
Enclosures