UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

CARLOS A. AGUIAR,         )
    Plaintiff         )
                          )
v.                        )
                          )
LIMA & CURA FISHING       )
CORPORATION,              )
    Defendant         )

### DEFENDANT LIMA & CURA FISHING CORPORATION'S
### MOTION FOR SUMMARY JUDGMENT

Now comes the defendant Lima & Cura Fishing Corporation and hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for this motion, the defendant states that there are no material facts which are in dispute and that the defendant is entitled to summary judgment as a matter of law. In further support, the defendant submits the attached memorandum of law in support of its motion and accompanying documents.

For the Defendant,
Lima & Cura Fishing Corporation
By its attorneys,

**REGAN & KIELY LLP**

/s/ Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
85 Devonshire Street
Boston, MA 02109
(617)723-0901