UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

CARLOS A. AGUIAR,           )
      Plaintiff          )
                            )
v.                          )
                            )
LIMA & CURA FISHING         )
CORPORATION,                )
      Defendant          )

## REQUEST FOR ORAL ARGUMENT

In accordance with Rule 7.1(c) of the Local Rules of the U.S. District Court for the District of Massachusetts, the defendant, Lima & Cura Fishing Corporation, requests that a hearing be scheduled on its Motion for Summary Judgment. In support of this request, the defendant states that oral argument may assist the court in the resolution of this motion.

For the Defendant,
Lima & Cura Fishing Corporation
By its attorneys,

**REGAN & KIELY LLP**

/s/ Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
85 Devonshire Street
Boston, MA 02109
(617)723-0901