UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARLOS AGUIAR**

**CIVIL CASE NO. 04-12011-MLW**

V.

**LIMA & CURA FISHING CORP.**
            **Defendant(s)**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** previously scheduled for **DECEMBER 1, 2005** at **4:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been RESCHEDULED. It is RESCHEDULED for **DECEMBER 1, 2005** at 1:30 PM.

SARAH A. THORNTON
CLERK OF COURT

**November 10, 2005**          By:   /s/ Dennis O'Leary
**Date**                              **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]