UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12011

| Carlos Aguiar | Lima & Cura Fishing |
|---|---|
| PLAINTIFF | DEFENDANT |
| David Anderson | Joseph Regan |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 12/1/05 | Parties report to the court as to the status of the case.  Court establishes a briefing schedule for filing summary judgment motions.  Parties to report regarding settlement by 12/13/05.  Defendant's motion for summary judgment due by 12/22/05, plaintiff's response/cross motion due by 1/27/06, defendant's reply due by 2/22/2006.  A hearing on any motion for summary judgment shall be held on 3/21/2006 at 3:00 PM.  Parties to report regarding settlement again on 3/10/2006. Defense counsel raises issue regarding supplemental documents.  Court allows defense counsel to notice a deposition by 12/9/05. |