UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CARLOS A. AGUIAR                    )
    Plaintiff                       )
                                    )
    v.                              )    C.A. No. 04-12011-MLW
                                    )
LIMA & CURA FISHING CORPORATION     )
    Defendant                       )


                              ORDER

WOLF, D.J.                                        December 1, 2005

    For the reasons stated in court on December 1, 2005, it is hereby ORDERED that:

    1. The defendant shall forthwith issue subpoenas returnable by December 9, 2005, to the Massachusetts Rehabilitation Commission, the Donnelly Center, and the New Bedford Fisherman's Assistance Center.

    2. The parties shall, by December 13, 2005, meet to discuss the possibility of settlement and report to the court the result of their discussion.

    3. The defendant shall, by December 22, 2005, file a renewed motion for summary judgment. The plaintiff shall respond and file any cross-motion for summary judgment by January 27, 2006. The defendant shall, by February 22, 2006, respond to any cross-motion for summary judgment and file a reply to the plaintiff's opposition.

    4. The parties shall, by March 10, 2006, meet again to discuss

settlement and report to the court the results of their discussion.

    5. A hearing on the motion(s) for summary judgment will be held on March 21, 2006, at 3:00 p.m.

                                       /s/ MARK L. WOLF  
                                      UNITED STATES DISTRICT JUDGE