UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARLOS AGUIAR | ) | |
|     Plaintiff | ) | |
| | ) | Civil Action No. 04-12011-MLW |
| Vs. | ) | |
| | ) | |
| LIMA AND CURA FISHING CORPORATION. | ) | |
|     Defendant | ) | |

## REPORT TO COURT REGARDING SETTLEMENT

Now comes the Plaintiff in the above caption matter and reports to the Court that the parties have on several occasions discussed settlement of this matter and have exchanged offers and demands but have not settled the case.

            Respectfully Submitted on
            behalf of the Plaintiff Carlos Aguiar,
            by his attorney,

            /s/ David F. Anderson, Esq.
            David F. Anderson
            Latti & Anderson LLP
            30-31 Union Wharf
            Boston, MA 02109
            (617) 523-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David F. Anderson, Esq.
David F. Anderson, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: