UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

| | |
|---|---|
| CARLOS A. AGUIAR,     ) | |
| Plaintiff     ) | |
| ) | |
| v.     ) | |
| ) | |
| LIMA & CURA FISHING     ) | |
| CORPORATION,     ) | |
| Defendant     ) | |

**DEFENDANT LIMA & CURA FISHING CORPORATION'S OPPOSITION
TO THE PLAINTIFF'S MOTION TO STRIKE EXHIBIT "B" TO DEFENDANT'S
MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Now comes the defendant, Lima & Cura Fishing Corporation (the "defendant") and hereby moves, pursuant to Federal Rule of Civil Procedure 56, that this Court deny the Plaintiff's Motion to Strike Exhibit B to the defendant's memorandum in support of its motion for summary judgment on the following grounds:

1. The plaintiff's recorded statement was taken on October 6, 2003 and was later transcribed into the "Transcribed Statement of Carlos Aguiar," Exhibit B of the Defendant's Motion for Summary Judgment (referred to as the "Plaintiff's Recorded Interview" and attached as **Exhibit B** to the defendant's original Motion for Summary Judgment);

2. The defendant is currently in possession of the original cassette tape of the plaintiff's statement;

3. The defendant will provide a copy of the cassette tape of the plaintiff's statement to the plaintiff and to the Court, along with a copy of the "Transcribed Statement of Carlos

1

Aguiar" to assist the Court in listening to the actual recording.

WHEREFORE, the defendant respectfully requests that this Court deny the plaintiff's motion to strike Exhibit B of the defendant's motion for summary judgment on the grounds that there is only one copy of the plaintiff's statement.

          For the Defendant,
          Lima & Cura Fishing Corporation
          By its attorneys,

          **REGAN & KIELY LLP**

          /s/ Joseph A. Regan
          Joseph A. Regan, Esquire (BBO #543504)
          85 Devonshire Street
          Boston, MA 02109
          (617)723-0901
          jar@regankiely.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a true copy of the above document with the Clerk of the Court, which system will send notification of this filing to all counsel of record.

          /s/ Joseph A. Regan
          Joseph A. Regan, Esquire (BBO #543504)
          Regan & Kiely LLP
          85 Devonshire Street
          Boston, MA 02109
          (617)723-0901

Date:   February 22, 2006