David C. DuBois
229 Green Street
Fairhaven, Massachusetts  02719


PLAINTIFF'S EXHIBIT A

**RESUME CAPSULE:** Over eight years experience as an independent marine surveyor and consultant combined with eleven years service as a commissioned officer in the U.S. Coast Guard specializing in merchant marine inspections, casualty investigations, marine environmental protection, and various sea-going assignments.

**EXPERIENCE:** MARINE SURVEYOR, CONSULTANT and P & I INVESTIGATOR, Fairhaven, MA. Conducted numerous condition, valuation, and damage surveys of commercial and recreational vessels. Prepared casualty investigation reports for various marine insurance companies, law firms and vessel owners. Supervised major repair projects involving commercial vessels. Provide consultation relative to new construction and modification of certified vessels. Drafted professional Oil Pollution Protection Operations Manuals for waterfront transfer facilities and tank vessels. Conducted numerous P & I investigations involving seaman's injuries, liability claims; negotiated and secured settlements on all types of cases.

**July 1978 - May 1980** CHIEF ENGINEER OFFICER, U.S. Coast Guard Cutter BIBB, New Bedford, MA. Responsibilities include operation and maintenance of all machinery, piping, ventilation, heating, electrical power distribution and hull structural systems.

**January 1978 - July 1978** SPECIAL PROJECT OFFICER, First Coast Guard District, Naval Engineering Branch, Boston, MA. Supervised one million dollar overhaul of 2800 ton Coast Guard Cutter UNIMAK.

**May 1972 - January 1978** MARINE INSPECTOR and INVESTIGATOR, U.S. Coast Guard Marine Safety Offices, Norfolk, VA and Providence, RI. Performed field inspections of all types of vessels including new constructions, surveys of passenger vessels, tankers and offshore supply vessels. Examined hull structures, machinery,

firefighting and life saving equipment installations to ensure compliance with federal regulations. Conducted SOLAS inspections aboard numerous foreign tank vessels and LPG vessels. As Senior Investigating Officer, coordinated efforts of approximately fifteen investigators and personally conducted numerous investigations of marine casualties and boating accidents relating to loss of life, collisions, groundings, personnel injuries, equipment failures and oil pollution incidents.

July 1969 - May 1972   U.S. Coast Guard Cutters BIBB and BOUTWELL, Boston, MA. Served in the capacity of ENGINEERING WATCH OFFICER and DAMAGE CONTROL ASSISTANT. Managed operation, repair and preventive maintenance of all machinery as Assistant Engineer Officer. Trained ship's company in all phases of shipboard damage control and firefighting.

## EDUCATION:

U.S. Coast Guard Academy, New London, CT. Bachelor of Science with concentration in Marine Engineering and Mathematics, 1965 - 1969.

Attended numerous professional training courses in ship design and construction, propulsion systems, weld inspection, non-destructive testing of materials, environmental protection systems, oil-spill countermeasure techniques, marine casualty investigation methods, and control of Marine Gas Hazards, 1972 - 1982.

## PROFESSIONAL DATA:

Certified Marine Surveyor, National Association of Marine Surveyors, Inc. (NAMS).

U.S. Coast Guard Merchant Marine License as Chief Engineer of Uninspected Motor Vessels of Unlimited Horsepower.

Member, National Fire Protection Association
Member, American Boat and Yacht Council
Member, U.S. Naval Institution
Member, Propeller Club of United States