UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARLOS AGUIAR**

**CIVIL  CASE
NO. 04-12011-MLW**

V.

**LIMA & CURA FISHING**
    **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **MOTION HEARING** currently scheduled for **MARCH 21, 2006** at **3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

**March 10, 2006**                                      By:    **/s/ Dennis O'Leary**
Date                                                                    **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                    [ntchrgcnf.]