UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

| | |
|---|---|
| CARLOS A. AGUIAR, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LIMA & CURA FISHING | ) |
| CORPORATION, | ) |
| Defendant | ) |

**DEFENDANT LIMA & CURA FISHING CORPORATION'S REPLY
TO THE PLAINTIFF'S OPPOSITION TO
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Now comes the defendant, Lima & Cura Fishing Corporation (the "defendant" or "Lima & Cura") and hereby replies to the plaintiff's opposition to the defendant's motion for summary judgment and therefore requests that this Court move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  As grounds for this reply, the defendant states that there are no material facts which are in dispute and that the defendant is entitled to summary judgment as a matter of law.  In further support, the defendant submits the attached memorandum of law in support of its reply to the plaintiff's opposition..

        For the Defendant,
        Lima & Cura Fishing Corporation
        By its attorneys,

        **REGAN & KIELY LLP**


        /s/ Joseph A. Regan
        Joseph A. Regan, Esquire (BBO #543504)
        85 Devonshire Street
        Boston, MA 02109
        (617)723-0901
        jar@regankiely.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed a true copy of the above document with the Clerk of the Court, which system will send notification of this filing to all counsel of record.


        /s/ Joseph A. Regan
        Joseph A. Regan, Esquire (BBO #543504)
        Regan & Kiely LLP
        85 Devonshire Street
        Boston, MA 02109
        (617)723-0901

Date:   April 11, 2006