UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

| | |
|---|---|
| CARLOS A. AGUIAR, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LIMA & CURA FISHING CORPORATION, | ) |
|     Defendant | ) |

### NOTICE OF WITHDRAWAL OF SYD A. SALOMAN, ESQ.

Kindly withdraw the appearance of Syd A. Saloman as attorney for the defendant. Please note that Joseph A. Regan and Regan & Kiely, LLP shall remain the attorney of record for the Defendant.

For the defendant,

**REGAN & KIELY LLP**

Date: May 5, 2006

/s/ Syd A. Saloman
Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
sas@regankiely.com