UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARLOS AGUIAR**

**V**

**LIMA & CURA FISHING**

**CIVIL ACTION
NO. 04-12011-MLW**

NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the MOTION for SUMMARY JUDGMENT on SEPTEMBER 15, 2006 at 3:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.

SARAH THORNTON, CLERK

July 12, 2006                           By: /s/ Dennis O'Leary
Date                                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                              [ntchrgcnf.]