UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12011

| Carlos Aguiar | Cura & Lima Fishing Corporation |
| PLAINTIFF | DEFENDANT |
| David Anderson | Joseph Regan |

COUNSEL FOR PLAINTIFF     COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/7/06 | Court takes up issue regarding the tape cassette and transcript offered by the defendant. |
| | Court listens to oral arguments on the cross motions for summary judgment. |
| | Court denies the defendant's motion for summary judgment and denies the plaintiff's motion for partial summary judgment.  Court sets schedule for the trial of the case.  Written order to issue. |