UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                )
CARLOS AGUIAR                    )
        Plaintiff               )
                                )       Civil Action No.  04-12011-MLW
Vs.                             )
                                )
LIMA AND CURA FISHING            )
CORPORATION.                     )
        Defendant               )
_____)

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS


        Now comes the Plaintiff in the above captioned matter and objects to Defendant's

Exhibits (Ex's W-HH) as follows:


| Def. Ex. | Objection |
| --- | --- |
| W. | 402, 403 |
| X. | 402, 403, Hearsay, Authentication, and Defendant has not provided |
| Y. | Hearsay, Authentication, |
| Z. | 401, 402, 403, Hearsay, authenticity and all other grounds. |
| AA. | 402 |
| BB. | 402, 403, hearsay, authenticity |
| CC. | 402 |
| DD. | 402 |
| EE. | 402 |
| FF. | 402 |
| GG. | 402 |

HH.                    402.

With respect exhibits listed by Plaintiff, (Ex. A-V) by so listing Plaintiff does not

stipulate to their admission and reserves the right to object on all grounds.

Respectfully Submitted on
behalf of the Plaintiff Carlos Aguiar,
by his attorney,

/s/ David F. Anderson, Esq.
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

CERTIFICATE OF SERVICE
I hereby certify that on this date, I electronically filed the within document with the Clerk
of the Court using the CM/ECF system which will send notification of such filing(s) to all
counsel of record.

/s/ David F. Anderson, Esq.
David F. Anderson, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated:09-29-06