UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

CARLOS A. AGUIAR,        )
       Plaintiff        )
                        )
    v.               )
                        )
LIMA & CURA FISHING      )
CORPORATION,             )
       Defendant        )

## SPECIAL JURY VERDICT FORM

1. Was the Defendant Lima & Cura Fishing Corporation negligent?

    YES_____        NO_____

    If you answered "YES" to Question #1, proceed to Question #2. If you answered "NO" to Question #1, you have reached a verdict on the negligence count, skip Question #2, and proceed to Question #3.

2. Was Defendant S&S Fisheries' negligence a proximate cause of plaintiff's injury?

    YES_____        NO_____

    Proceed to Question #3.

3. Was the F/V MY WAY unseaworthy?

    YES_____        NO_____

    If you answered "YES" to Question #3, proceed to Question #4.
    If you answered "NO" to Question #3, and answered "NO" to either Questions #1 or #2, STOP. Proceed no further. You have reached a verdict as to both counts.
    If you answered "NO" to Question #3, but answered "YES" to Question #2, proceed to Question #5.

4. Was the F/V MY WAY's unseaworthiness a substantial cause in bringing about or actually causing the plaintiff's injury?

   YES_____     NO_____

 If you answered "YES" to either Questions #2 or #4, or to both, proceed to Question #5.
 If you answered "NO" to Question #4, and also answered "NO" to either Questions #1 or #2, STOP. Proceed no further. You have reached a verdict as to both counts.
 If you answered "NO" to Question #4, but answered "YES" to Question #2, proceed to Question #5.

5. Was the plaintiff, Carlos Aguiar, contributorily negligent in causing his own injuries?

   YES_____     NO_____

 If you answered "YES" to Question #5, proceed to Question #6. If you answered "NO" to Question #5, proceed to Question #7.

6. Please assign a percentage of the negligence attributable to David Raffo and S&S Fisheries.

   Carlos Aguiar  _____%

   Lima & Cura _____%

   **Total    100%**
   **(Your total must equal 100%)**

7. What amount will fairly compensate the plaintiff for his injuries caused by the negligence of the defendant or the unseaworthiness of the vessel? (Do not consider question #6 or issues of contributory negligence.)

    _____
    (write the amount in words.)

    _____
    (write the amount in figures.)

_____                                      _____
Date                                            Foreperson