UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARLOS AGUIAR | ) | |
|     Plaintiff | ) | |
|  | ) | Civil Action No. 04-12011-MLW |
| Vs. | ) | |
|  | ) | |
| LIMA AND CURA FISHING CORPORATION. | ) | |
|     Defendant | ) | |

### PLAINTIFF'S SPECIAL VERDICT QUESTIONS

1. <u>Negligence</u>

    Do you find that the Defendant was negligent and that its negligence was a proximate cause of injury to the Plaintiff?

                Yes _____          No _____

2. <u>Unseaworthiness</u>

    Do you find that the F/V MY WAY was unseaworthy, and that this unseaworthy condition was a proximate cause of injury to the Plaintiff?

                Yes _____          No _____

   *IF YOU HAVE ANSWERED "NO" TO BOTH QUESTION # 1 <u>AND</u> QUESTION # 2 ABOVE, YOU HAVE FOUND FOR THE DEFENDANT AND NEED NOT ANSWER ANY FURTHER QUESTIONS*

   *IF YOU HAVE ANSWERED "YES" TO <u>EITHER</u> QUESTION # 1 OR QUESTION #2, OR HAVE ANSWERED "YES" TO <u>BOTH</u> QUESTION # 1 AND QUESTION # 2, THEN PLEASE CONTINUE ON THE NEXT PAGE.*

3. <u>Contributory Negligence</u>

   A) Do you find that the Plaintiff was negligent and that his negligence was a proximate cause of his injuries?

   Yes _____    No _____

   B) If you have answered "Yes" to question 3(A) above, please state in what percent the Plaintiff's negligence caused or contributed to his own injuries.

   _____ %

4. Please state in dollars the total amount the damages, both economic and non-economic, which the Plaintiff has sustained or will sustain in the future, which were caused by the negligence of the Defendant or the unseaworthiness of the F/V MY WAY.

   | | | |
   |---|---|---|
   | A. | Past lost wages | $ _____ |
   | B. | Past pain and suffering | $ _____ |
   | C. | Future lost wages | $ _____ |
   | D. | Future pain and suffering | $ _____ |

5. Do you award the Plaintiff maintenance and cure?

   Yes _____    No _____

   If your response was "yes," what amount

   _____

6. Do you award the Plaintiff damages for the Defendant's intentional or negligent failure to pay maintenance and cure?

                    Yes _____            No _____

If your response was "yes," what amount

_____

7. Do you award the Plaintiff pre-judgment interest

                    Yes _____            No _____

If your response was "yes" in percentage terms, what amount (not to exceed 12%)

_____

                                              _____
                                                        Foreperson