UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARLOS AGUIAR<br>        Plaintiff | )<br>)<br>)<br>) | |
|  | ) | Civil Action No.  04-12011-MLW |
| Vs. | )<br>) | |
| LIMA AND CURA FISHING<br>CORPORATION.<br>        Defendant | )<br>)<br>)<br>) | |

## PLAINTIFF'S VOIR DIRE QUESTIONS

1.      Do you have convictions which might prevent or affect your rendering an impartial verdict on the issues to be decided; and, if the evidence so warrants, on the damages you award?

2.      Have you heard anything or read anything that has influenced in any way your feelings about the court system, law suits for personal injuries, law suits in general or the size of jury verdicts?

3.      Have you, your spouse, or any member of your immediate family owned your own business?

4.      Have you, your spouse, or any member of your immediate family worked in the commercial fishing industry?  If so, the name of your employer and the job you performed.

5.      Is there any reason why you might not be able to render a fair and impartial verdict in a lawsuit in which the plaintiff is claiming personal injuries?

6.      Do you have feelings that would make you prejudiced or biased against someone for bringing a law suit against their employer for personal injuries?

7.      Have you, your spouse or any member of your immediate family ever sued anyone or been sued in a law suit?  If so, what was the law suit about and what was the result.

8.      Have you heard anything about the commercial fishing industry that would affect your ability to decide this case fairly?

9.      Have you, your spouse, or any member of your immediate family ever suffered an injury in an accident that was totally or partially disabling for any significant period of time?

></>

Respectfully Submitted on
behalf of the Plaintiff Carlos Aguiar,
by his attorney,


/s/ David F. Anderson, Esq.
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ David F. Anderson, Esq.
David F. Anderson, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: October 3, 2006