UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12011

| Carlos Aguiar | Lima & Cura Fishing Corp. |
|---|---|
| PLAINTIFF | DEFENDANT |
| David Anderson | Joseph Regan |

COUNSEL FOR PLAINTIFF    COUNSEL FOR DEFENDANT

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 10/4/06 | Court goes over the pending matters with the parties. Plaintiff raises issue regarding the deposition of the adjuster noticed by the defendant. Court next turns to the plaintiff's motion in limine to exclude defendant's expert and listens to the parties' oral arguments. Court instructs the defendant to have his expert here on Tuesday in order to conduct a Daubert hearing. Counsel ordered to provide a set of the trial exhibits by 1:00 Pm on Friday, October 6, 2006. Court gives the parties 35 minutes each for their openings. Court orders the plaintiff to provide the deposition transcript of witness with indications as to what testimony is objected to to by 12:00 Friday, October 6, 2006. Court gives the parties 10 hours each for the trial. Parties to confer and report by 12:00 on October 6, 2006 whether the case has settled or will proceed to trial on October 10. |