```
CARLOS A. AGUIAR                       )
                                       )
    Plaintiff,                         )
          v.                           )    Cr. No. 04-12011-MLW
                                       )
LIMA & CURA FISHING CORPORATION,       )
    Defendant                          )
```

                             ORDER

WOLF, D.J.                                          October 4, 2006

For the reasons stated in court on October 4, 2006, it is hereby ORDERED that:

1. The parties shall, by October 6, 2006, at 12:00 noon:

(a) produce for the court all potential trial exhibits that either party plans to object to on evidentiary grounds.

(b) inform the court of any disputes as to proposed jury instructions.

(c) confer further concerning settlement and report whether the case has been settled.

2. Defendant shall ensure that its proposed expert, David C. Dubois, is available for a <u>Daubert</u> hearing on October 10, 2006, at 9:00 a.m.

                                    /s/    MARK L. WOLF
                                  UNITED STATES DISTRICT JUDGE