## Page 1

VOLUME: I
PAGES: 1 - 174
EXHIBITS: 1 - 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

CARLOS A. AGUIAR
   Plaintiff
                  CIVIL ACTION
Vs.            NO. 04-12011-MLW
LIMA & CURA FISHING CORPORATION
   Defendant

- - - - - - - - - - - - - - - -x

DEPOSITION OF DAVID DUBOIS taken on behalf of the Plaintiff pursuant to the Federal Rules of Civil Procedure, before Carole M. Wallace, Certified Shorthand Reporter and Notary Public, at the offices of Regan & Kiely, LLP, 88 Black Falcon Avenue, Boston, Massachusetts 02210, on Monday, October 2, 2006, commencing at 1:26 p.m.

HENNESSEY CORP. D/B/A ROBERT H. LANGE CO.
50 Congress Street - Boston, Massachusetts 02109
Tel: (617) 523-1874    Fax: (617) 523-7343

## Page 2

1  APPEARANCES:
2
   David F. Anderson, Esq.
3  Latti & Anderson, LLP
   30-31 Union Wharf
4  Boston, Massachusetts 02109
   (617) 523-1000
5  On behalf of the Plaintiff
6  Joseph A. Regan, Esq.
   Regan & Kiely, LLP
7  88 Black Falcon Avenue
   Boston, Massachusetts 02210
8  (617) 723-0901
   On behalf of the Defendant
9
10
11   ATTORNEY REGAN RETAINED THE ORIGINAL EXHIBITS

## Page 3

1                I N D E X
2  Witness      Direct  Cross  Redirect  Recross
3  DAVID DUBOIS   4

               * * * *

              E X H I B I T S
No.       Description       Ident.
1  File of Marine Safety Consultants .. 24
2  Affidavit of David DuBois ...... 29
   12-21-06
3  Affidavit of David DuBois ...... 31
4  Affidavit of David DuBois ...... 33
5  Affidavit of David DuBois ...... 65
6  Letter from Marine Safety Consultants  66
7  Affidavit of David DuBois ...... 83
8  Sketch ............. 111
9  Affidavit of Carlos Aguiar ...... 157

## Page 4

          DAVID DUBOIS,
having been satisfactorily identified by the production of his driver's license and duly sworn by the Notary Public, was examined and testified as follows:
     DIRECT EXAMINATION BY MR. ANDERSON
Q  Mr. DuBois, my name is David Anderson as you know, and I'm going to take your deposition in connection with the Carlos Aguiar case. First of all when did you individually, when I say "you," David DuBois, first become involved in the Aguiar case, not Marine Safety Consultants but you as an individual?
     MR. REGAN: As an expert witness?
     MR. ANDERSON: In any capacity.
A  I first became aware of it when it happened, whatever the date of the incident was. Off the top of my head I don't remember the date of the incident.
Q  I think it was October.
A  October of 2003.
Q  How did you become aware of an incident involving Mr. Aguiar?
A  My office received a request to conduct an investigation into the accident, and it was assigned

Page 5

1  to one of our investigators to conduct the
2  investigation, so I knew that was going on.
3  Q  Who was the request for an investigation, who did
4     that come from?
5  A  On behalf of the boat owner's representative.
6  Q  Who was that individual?
7  A  I don't know.
8  Q  What is a boat owner's representative?
9  A  Someone --
10        MR. REGAN:  Objection.
11 A  Someone responsible for assigning accident
12    investigations on behalf of the boat owner.
13 Q  Was that somebody who was working for or on behalf
14    of Sunderland Marine Insurance Company?
15        MR. REGAN:  Objection.
16 A  I don't remember, I don't remember who made the
17    first call for us to, from Marine Safety Consultants
18    to conduct the investigation.  I don't recall that.
19 Q  Who was going to pay Marine Safety Consultants?
20        MR. REGAN:  Objection.  Let me just state
21    based on my objections the mention of the word
22    "insurance" or "insurance company," let me put on
23    the record a standing objection so I don't have to
24    jump up every time you are asking this.

Page 6

1  Q  Did you receive the call in which somebody requested
2     an investigation?
3  A  Me personally?
4  Q  Yes.
5  A  I don't recall that.  It comes in, assignments to
6     conduct investigations or surveys come in either by
7     telephone call, by e-mail, by fax, any number of
8     different ways, so I don't recall how this
9     assignment was rendered.
10 Q  Okay.  Would that be reflected in the Marine Safety
11    Consultant's file in this matter?
12 A  In the initial investigation file?
13 Q  How many files are there in this matter?
14 A  The investigative file that you are referring to,
15    and I have the file that I have pertaining to my
16    involvement as an expert on behalf of the boat
17    owner.
18 Q  With respect to the investigation, who paid Marine
19    Safety Consultants to conduct the investigation?
20 A  I don't know as we sit here.
21 Q  Do you believe that the insurance company for the
22    vessel paid Marine Safety Consultants to conduct the
23    investigation?
24 A  It's possible that the boat owner's claims

Page 7

1  representative paid for that, yes.
2  Q  Do you think that that is likely?
3  A  Versus who else?  Most likely that is who it came
4     from.
5  Q  You are aware that in this particular case that
6     Sunderland Marine Insurance for the MY WAY, at least
7     the primary policy?
8  A  As I sit here today it wasn't in my mind as to who,
9     whether Sunderland was involved.
10 Q  Do you know who the claims representative for the
11    insurance company for the FISHING VESSEL MY WAY is?
12 A  The name of the person, no, I don't.
13 Q  Do you know who --
14 A  Who it was back in 2003, I don't know.
15 Q  Do you know who the broker was who brokered the
16    insurance?
17 A  I think I remember.
18 Q  Who was it?
19 A  Most likely it was Smithwick and Mariners Insurance
20    Agency.
21 Q  Does Marine Safety Consultants do most of the New
22    Bedford-based investigations for Smithwick and
23    Clarke in connection with commercial fishing
24    injuries?

Page 8

1  A  I don't know if we do most of them, all of them or
2     some of them.  I have no direct knowledge as to
3     whether or not anybody else is involved doing work.
4     There is no Smithwick and Clarke any more.
5  Q  What is it now?
6  A  Smithwick and Mariners.
7  Q  With respect to Smithwick and Mariners presently,
8     how many casualty investigations does Marine Safety
9     Consultants do on an annualized basis in connection
10    with injuries in the commercial fishing industry?
11 A  I don't know.
12 Q  Is it more than 50?
13 A  I don't think so.
14 Q  Is it more than 25?
15 A  It could be 25 on an annual basis, I'm not sure.  I
16    have never, I have never anticipated looking into
17    that prior to today to have that information
18    available.
19 Q  Who would have that information from Marine Safety
20    Consultants?
21 A  If the information is available, it would be in,
22    have to be based on a file search on an annual basis
23    to go through those files to pick out who the broker
24    was.

Page 9

1  Q  Would Marine Safety Consultants' accounting records
2     reflect payments from an insurance company or
3     insurance broker?
4  A  With some manipulation and research, I probably
5     could.
6  Q  As you sit here today do you remember Marine Safety
7     Consultants receiving an assignment to perform an
8     investigation in connection with Mr. Aguiar's
9     injury? Do you remember that today?
10 A  To the extent that I'm here today with a file
11    representing my opinion on the Aguiar incident and I
12    know it happened in 2003, I do not have any direct
13    memory as to who called, who took the call or how
14    the assignment was given.
15 Q  Have you ever had an opportunity to look at the
16    investigative file?
17 A  Some parts of it, yes, sir.
18 Q  As I understand it, the insurance company for the
19    FISHING VESSEL MY WAY hired Marine Safety
20    Consultants sometime in around October of 2003 to
21    conduct an investigation in connection with
22    Mr. Aguiar's injury?
23 A  That would be a synopsis of what transpired, yes.
24 Q  Was there an individual at Marine Safety Consultants

Page 10

1     who was assigned the task of conducting that
2     investigation?
3  A  Yes, there would have been an investigator assigned,
4     perhaps may have been more than one.
5  Q  In connection with Mr. Aguiar's injury, do you know
6     who was assigned to conduct the investigation?
7  A  I know who did parts of it, I don't know who did all
8     of it.
9  Q  Who did parts of it?
10 A  My son, Russell.
11 Q  Is Russell DuBois still employed by -- That would be
12    Russell DuBois, correct?
13 A  Yes.
14 Q  Is he still employed by Marine Safety Consultants?
15 A  Only on a part-time, long-distance relationship to
16    do certain medical bill reviews. He is no longer a
17    full-time staff investigator. He has relocated to
18    another state and working in another employment.
19 Q  Do you know what his current address is?
20 A  I know it's Ashville, North Carolina. I don't know
21    his street address by memory.
22 Q  Do you know why he left Marine Safety Consultants?
23 A  Yes.
24 Q  Why was that?

Page 11

1  A  Many, many reasons. He wanted -- Do you want me to
2     go into it?
3  Q  Let me ask it in a shorter way.
4  A  I would be glad to tell you.
5  Q  What I'm trying to figure out is whether you guys
6     are still on the same team.
7  A  He was in love and the girl he was in love with
8     didn't like living in New England. And he had
9     friends in North Carolina and they had gone down
10    there to visit and they decided to relocate to a
11    more temperate climate, a more youthful atmosphere
12    for their age group, and to set off on their own to
13    expand their opportunities and change their
14    lifestyle.
15 Q  So the relationship between you personally and your
16    son Russell remains the same, correct? Good
17    relationship?
18 A  Yes.
19 Q  And the relationship between Russell and Marine
20    Safety Consultants remains a good relationship
21    still?
22 A  Well, he has no fixed relationship with Marine
23    Safety Consultants, so to the extent that he didn't
24    leave on unfriendly terms and there were no

Page 12

1     work-related issues as to why he relocated to North
2     Carolina, the answer to that would be yes.
3  Q  You don't know who gave Marine Safety Consultants
4     the assignment?
5  A  I don't remember.
6  Q  Has either Mr. Lima or Mr. Cura ever hired Marine
7     Safety Consultants directly?
8  A  I don't know. I don't recall if those individuals
9     were involved personally with the assignment.
10 Q  So the initial assignment is to conduct an
11    investigation. At least one of those individuals
12    assigned to perform that investigation was your son
13    Russell DuBois, is that correct?
14 A  Yes.
15 Q  Do you know if there was another individual who was
16    assigned to conduct the investigation?
17 A  I believe at some point in time Frank Sweeney took
18    over the management of the file. To what extent he
19    did any investigation, I don't recall.
20 Q  Is Frank Sweeney an employee of Marine Safety
21    Consultants?
22 A  He is. He is an employee of a company called
23    Maritime Claims Associates.
24 Q* What is the relationship between Maritime Claims

3 (Pages 9 to 12)