Page 49

1  fleet would like to have a new condition and value
2  survey every two to five years, depending --
3  A  I don't know what they would like or what they want.
4  I'm just saying traditionally most boats go through
5  a survey process every two to five years.
6  Q  Part of the work of Marine Safety Consultants is
7  performing condition and value surveys?
8  A  Yes.
9  Q  And there are some other marine surveyors in New
10  Bedford as well?
11  A  Throughout New England.
12  Q  But you guys do a lot of them, fair enough?
13  A  Well, everybody does a lot of them. There are a lot
14  of boats to survey.
15  Q  Do you know how many times you personally have
16  conducted a condition and value survey?
17  A  On the MY WAY?
18  Q  Yes.
19  A  I don't know specifically how many times. I
20  haven't --
21  Q  Have you ever personally performed a condition and
22  value survey?
23  A  Yes.
24  Q  More than once?

Page 50

1  A  I believe so.
2  Q  More than three times?
3  A  If not the entire survey, part of it. It's not
4  unusual for me to go aboard when one of the other
5  surveyors is conducting a survey to observe their
6  work and to help train them and also to maintain
7  contact with the boat owners to keep myself familiar
8  with a particular vessel so when I review the
9  reports from one of the other surveyors, I am
10  familiar with the vessel when I read the report.
11  Q  But in terms of condition and value surveys signed
12  by yourself as the marine surveyor, do you know how
13  many of those you have done?
14  A  On the MY WAY?
15  Q  Yes.
16  A  I do not. I could probably figure that out, but I
17  do not know.
18  Q  Do you know whether you have done a condition and
19  value survey on the MY WAY where you are the
20  surveyor who signs off on it?
21  A  Strictly by myself? I don't remember.
22  Q  You are the surveyor who signs off on it.
23  A  I'm almost positive I have, but I did not review any
24  condition and value survey files for this, for this

Page 51

1  opinion, but I have specific memories of having been
2  aboard the MY WAY numerous times in the past.
3  Q  Have you ever done an accident investigation on the
4  FISHING VESSEL MY WAY other than in connection with
5  Mr. Aguiar?
6  A  I don't recall if there are any other accidents that
7  required investigation. Again I have not done a
8  file review for that purpose.
9  Q  As we sit here today do you have any memory of
10  conducting an accident investigation on the MY WAY?
11  A  No specific memory.
12  Q  What about a casualty investigation on the MY WAY?
13  A  I have no specific memory of a specific accident on
14  the MY WAY that I would have personally
15  investigated.
16  Q  What about an engine claim or something like that,
17  any type of hull claim on the FISHING VESSEL MY WAY?
18  A  I would have to go through our records and spend
19  some time with my survey records to determine
20  exactly how many surveys we've conducted, what types
21  and when. It would take a few hours to do that.
22  Q  So your experience with the MY WAY is because you
23  know she has been in the New Bedford dragger fleet
24  for quite a number of years?

Page 52

1  A  Yes.
2  Q  More than twenty?
3  A  I would say twenty would be a good approximation.
4  Q  And you have seen that boat around down on the
5  docks?
6  A  Yes.
7  Q  As we sit here today you have no specific memory of
8  valuing the boat where you were the individual
9  signing off on the survey, correct?
10  A  No, I do, but I don't know when it was or whether
11  there was any other surveyor involved at the time of
12  the survey. It's not unusual to have more than one
13  surveyor aboard for different reasons.
14  Q  When was the last time that you were on the MY WAY?
15  A  Probably a week to ten days ago.
16  Q  Why were you on there a week to ten days ago?
17  A  I wanted to go aboard to -- Well, actually it was in
18  anticipation, about the time I did the supplemental
19  affidavit and I know that the vessel was tied at the
20  dock and I wanted to confirm whether or not they had
21  the same winch on board and the same pelican hook or
22  the same type of pelican hook on board.
23  Q  How did you know what was on there at the time of
24  the accident?

13 (Pages 49 to 52)

Page 53

1  A  I probably reviewed a survey file to see what winch
2     was on there at the time of the survey at around the
3     time of the accident.
4  Q  Do you know what the date of that survey was?
5  A  No.
6  Q  What did you determine?
7  A  That when I went aboard the vessel and looked at the
8     photograph of the survey around that period of time,
9     that the winch on the vessel as it exists today
10    appears to be the same winch that was on there at
11    the time of Mr. Aguiar's incident.
12 Q  Did you perform any testing?
13 A  No.
14 Q  Did you determine the model number of the winch?
15 A  I determined the make, and I think I know the model.
16    The model was fairly well worn on the name plate
17    box.  A Marco winch.
18 Q  Do you know what the model number was?
19 A  No.
20 Q  Did you write it down anywhere?
21 A  Marco single drum hydraulically operated winch with
22    a manual brake and a control lever and a gypsy head
23    on it.
24 Q  How old was the winch?  When did they manufacture

Page 54

1     that type of winch?
2  A  I don't know when they started manufacturing this
3     model.  It was probably in the eighties or nineties,
4     somewhere in that time frame.  I haven't researched
5     that.
6  Q  Did you operate the winch?
7  A  No.
8  Q  What else did you do this last time that you were on
9     the FISHING VESSEL MY WAY?
10 A  Walked around the deck, looked at the winch, looked
11    at the pelican hook, looked at the doors.
12 Q  Do you know what type of wire was on the winch, the
13    main wire?
14 A  It was a stranded wire rope.  I didn't pay any
15    particular attention to the size or any of those
16    details.  I observed it's a wire that is on the
17    winch like all draggers have similar wires on the
18    winches.
19 Q  What else did you look at, pelican hook?
20 A  Pelican hook, the door, the area around where the
21    door comes up and the work deck of the vessel.
22 Q  Was there anyone on the boat at the time that you
23    got on it?
24 A  Yes.

Page 55

1  Q  Who was on the boat?
2  A  The current owner.  That would be Carlos Raphael.
3  Q  Were you performing condition and value surveys for
4     him?
5  A  No.
6  Q  Do you perform condition and value surveys for him
7     or his corporations?
8  A  If he requests a vessel to be surveyed, I would.
9  Q  Have you historically?
10 A  Yes.
11 Q  Why were you there at the same time he was there?
12 A  Because I asked permission to go aboard and I called
13    him to ask permission to go aboard.  I try not to go
14    aboard anybody's boat without permission.
15 Q  Was the engine on?
16 A  No, the vessel was idle at the dock, and my
17    understanding is there is a sales transaction in
18    process so the vessel is not in operation.
19 Q  So you just went down, looked at the winch, looked
20    at the gallus frame, pelican hook, the door, and
21    that was pretty much it?
22 A  Yes.
23 Q  When was the last time before that that you were on
24    the FISHING VESSEL MY WAY?

Page 56

1  A  Probably has wintertime.
2  Q  Why were you on the FISHING VESSEL MY WAY last
3     winter?
4  A  I don't recall if it was to do a review of a survey
5     that one of the other surveyors may have done or for
6     the purpose of looking at the pelican hook.  There
7     is a lot of times I'm aboard the vessels, sometimes
8     for no specific purpose except to say hello to the
9     boat owners if I see them working.
10 Q  Are you friendly with Mr. Lima or Mr. Cura?
11 A  On a professional level from the standpoint if I see
12    them, I'll say hello and ask them how they are
13    doing.
14 Q  Would you recognize them on the street?
15 A  Not unless I saw them on their boat and I tie them
16    together because they were on that boat.
17 Q  You believe you were last on the MY WAY other than
18    this most recent time was sometime in February?
19 A  No, I said during the winter.  I don't know when it
20    was.  I would have to review survey files to
21    determine the last time exactly.
22 Q  Did you perform the last condition and value survey
23    on the FISHING VESSEL MY WAY?
24 A  I don't think so.

14 (Pages 53 to 56)

Page 57

1  Q  Why would you have to look at a survey file in order
2     to determine when you were last on it?
3  A  I go aboard the vessel a number of times, just
4     sometimes to say hello. If another surveyor is on
5     board, I will go on board to see how he was doing.
6  Q  Do you remember doing that with respect to the MY
7     WAY?
8  A  I think I did, but for the purpose of today and
9     being asked these questions I haven't reviewed my
10    survey records or specific survey file to see when
11    the last time I was on board.
12 Q  You don't know the last time Marine Safety
13    Consultants performed a condition and value survey?
14 A  Not without doing a file review to answer that
15    question.
16 Q  Do you have any idea off the top of your head?
17 A  Within the last year somebody from our office may
18    have done a survey on that vessel, last year or two.
19 Q  Did Marine Safety Consultants perform a survey in
20    connection with this most recent sale?
21 A  No.
22 Q  Have you ever operated or seen the winch, the main
23    winches on the FISHING VESSEL MY WAY operating?
24 A  Not that I recall, not those -- I may have or not

Page 58

1     have. I have seen winches operated at the dock.
2     Whether or not it's those winches, I don't recall.
3  Q  As you sit here today you have no memory of ever
4     observing the main winches on the FISHING VESSEL MY
5     WAY operate, is that correct?
6  A  That's correct. Winches of that type and that model
7     but not necessarily that specific winch. I may
8     have, I don't recall.
9  Q  It's a Marco winch?
10 A  Marco single drum winch, hydraulic power.
11 Q  Do you know what model it was?
12 A  No, I don't. I could find out, but I don't know the
13    model number.
14 Q  Have you ever seen those winches operate?
15 A  Yes.
16 Q  On the dock?
17 A  Yes.
18 Q  Have you ever seen those winches, Marco, any type of
19    Marco winch operate while the vessel was at sea?
20 A  No.
21 Q  Have you ever been on a commercial fishing vessel
22    during commercial fishing operations at sea?
23 A  Not during a fishing voyage, no, sir.
24 Q  Have you ever been on a commercial fishing vessel

Page 59

1     during fishing operations, whether it's an actual
2     voyage or not?
3  A  I was when I was a coast guard officer, and I have
4     been aboard fishing vessels under way at sea trials
5     after repairs or for testing purposes.
6  Q  What specific types of testing?
7  A  Would be sea trials to determine the vessel's
8     operating circumstances, making sure that all
9     machinery was operating smoothly and properly for,
10    either after repairs or prior to a sail or after
11    construction, new construction sea trials, that
12    would be common.
13 Q  When was the last time before -- You mentioned that
14    you think sometime this winter you may have been on
15    the MY WAY in connection with a condition and value
16    survey which was being performed by Marine Safety
17    Consultants, is that correct?
18 A  I'm sorry, repeat that?
19 Q  You think you were probably on the MY WAY, you were
20    on the MY WAY about a week or two ago?
21 A  Yes.
22 Q  That was, the vessel was tied up at Carlos Raphael's
23    dock?
24 A  Actually tied up at the City of New Bedford dock

Page 60

1     called Leonard's Wharf.
2  Q  You were on the boat then?
3  A  Yes.
4  Q  And then the time before that you think was sometime
5     this past winter of 2006?
6  A  Yes, or 2005, somewhere in there.
7  Q  And that was in connection with a condition and
8     value survey which Marine Safety Consultants was
9     performing, correct?
10 A  I believe so.
11 Q  Then when is the time before that that you were on
12    the MY WAY?
13 A  Again I don't recall. There may have been an
14    official reason to be aboard, there may have been an
15    unofficial reason. I don't recall the specific time
16    I was aboard without doing a file review to come up
17    with dates and times and locations.
18 Q  What's your best memory?
19 A  My best memory is within the last two years I have
20    probably been aboard that vessel at least four
21    times.
22 Q  For what purpose?
23 A  Either to follow up on a survey or to do a survey or
24    to meet with Mr. Raphael or to say hello to the boat