Page 97

1  A  The amount of tautness or tightness is dependent on
2     the amount of movement and the timing of hooking the
3     chain up in the movement of the vessel to time it in
4     the period of time when things are relatively stable
5     before it starts rolling in the other direction and
6     anticipating that the tautness is going to take
7     place.
8  Q  You agree that the boat, it's your testimony that
9     the boat, commercial fishing vessel is always
10    rolling, correct?
11 A  To some degree or another there is always roll,
12    pitch or movement up and down and side to side,
13    that's correct.
14 Q  Do you know whether the FISHING VESSEL MY WAY was
15    heading up into the seas?
16 A  I don't recall.
17 Q  Do you know whether at the time of the accident the
18    vessel was rolling to port or starboard?
19 A  At the time that the incident occurred?
20 Q  Yes.
21 A  At the exact time the incident occurred it's my
22    opinion and belief that it was rolling to port.
23 Q  Are you aware of any testimony whatsoever that
24    indicates that the vessel was rolling to port?

Page 98

1  A  Well, yes, we just went over that.
2  Q  Is there any other thing besides that?
3  A  My experience at sea and ships at sea.
4  Q  Specifically what experience?
5  A  Gone to sea as a cadet on all kinds of coast guard
6     vessels, and I served six years at sea on three
7     coast guard ships in various waters including the
8     North Atlantic, the Gulf of Mexico, the Caribbean.
9  Q  With respect to this dynamic we're talking about,
10    first of all we are talking about relative motion,
11    not absolute motion, correct?
12 A  Talking about the motion of ships and the movement
13    of weights suspended from lifting points on ships.
14 Q  And your testimony is that if you have a lifting
15    point under which a load is suspended --
16 A  Over the side of the vessel.
17 Q  But the bottom of the, but that only applies if the
18    load is hanging, correct?
19 A  Well, as we said, if the load is fixed to the hull
20    like a piece of machinery bolted to the deck, then
21    the piece of machinery is moving in the same angle
22    as the hull.  But if you have a fixed object
23    suspended from a lifting point, that suspended
24    weight from that lifting point moves dynamically and

Page 99

1     various distances and degrees depends on the
2     movement of the boat in a seaway.
3  Q  I have drawn sort of a view from the bow looking
4     through the boat to the stern with a keel, size of
5     the boat, and you have got a structure hanging
6     overboard, okay, with a pivot, with a hanging point,
7     correct?
8  A  That's a hanging point.  Right.
9  Q  If a fixed load, if I stick a lead weight and I
10    chain it to the hanging point, what you are saying
11    when the boat rolls, say if this is the bow here and
12    that is the stern, if the boat rolls to port, this
13    weight would tend to swing outboard?
14 A  Yes.
15 Q  If it rolls to starboard, it will swing inboard?
16 A  Correct.
17 Q  The higher the hanging point, the greater it's going
18    to move?
19 A  The greater the length of the pendulum will describe
20    the horizontal movement of that weight.
21 Q  But that is true when you have a hanging weight,
22    correct?
23 A  That is what we just said, yes.
24 Q  If I were to weld on a bracket, come out from the

Page 100

1     side plating of the boat, put another bracket, get a
2     come-along and tighten this thing down, we wouldn't
3     get any of that, would we, any movement?
4  A  Well, you are stopping the movement.  You are
5     creating an opposing force that prevents the
6     horizontal movement out of a suspended weight so it
7     becomes fixed to the fixed object.
8  Q  You would agree with me that the door is not just a
9     hanging weight, it will freely swing?
10 A  Let's back up a little bit.  The horizontal line
11    that you drew is that a solid rod --
12 Q  I meant a solid rod when I did it.
13 A  That's a solid rod, right.
14 Q  Getting back to the situation involving Aguiar, the
15    door is not just a hanging load off of the gallus
16    frame, correct?
17 A  Well, by your own diagram if you look at this and
18    take away this solid rod and you look at this load
19    that is hanging and this is in a vertical position,
20    everything is stable, center of gravity is down
21    through the center of the boat, this is hanging
22    vertically to, with the center with gravity, if this
23    boat rolls down this way, this object then swings
24    out this way but the side of the boat is not just

25 (Pages 97 to 100)

Page 101

1    pivoting around the center, it's also sliding down
2    and rolling down so this object here will be closer
3    to the surface of the water. That's the motion
4    we're talking about.
5  Q Okay. But --
6  A If it's close to the water before the, when the
7    vessel starts to roll or affects a roll, it could
8    actually dip into the water.
9  Q Correct. And if you were in the water --
10 A If you were sitting in a boat underneath it --
11 Q It would look like it dropped?
12 A -- you would see it coming down on you.
13 Q If you were standing next to it, you are rolling
14    toward the water, it's rolling toward the water --
15 A If you are standing on the deck of the boat?
16 Q If you are standing on the deck of the boat like Mr.
17    Aguiar was --
18 A This distance, let's say this distance was only two
19    feet and at the time the boat started to roll or it
20    was in the process of rolling, this distance here
21    becomes longer.
22 Q True. If it's free swinging.
23 A Yes.
24 Q Is it your opinion that the door was free swinging?

Page 102

1  A Well, yes.
2  Q What about the bag?
3  A The bag is on the stern of the boat connected to the
4    door at the stern and the door is suspended from the
5    pendulum so there is still movement of the door
6    because there is nothing fixed. It's all on chains
7    and wire ropes. There is nothing that is a solid
8    rod that you built into this model. Everything is
9    free to move and it's only restricted when it moves
10   to the travel of the wire that it's attached to. So
11   if he had hooked, if he had been successful in
12   hooking the chain to that door, it would have
13   prevented the door from swinging outboard by the
14   length of the chain.
15 Q Is it your opinion that in a calm seas, that the
16   safety chain on the FISHING VESSEL MY WAY is going
17   to be constantly periodically tightened?
18 A Depending on the amount of movement of the vessel.
19 Q Do you know what the sea state was at the time of
20   the accident?
21 A No, I don't know the exact sea state. They
22   described it as good weather, calm.
23 Q Calm. Okay. Do you know if they are heading into
24   the sea or side to the sea?

Page 103

1  A I don't recall.
2  Q You would agree if you head into the sea, the
3    movement of the vessel is going to be predominantly
4    pitch?
5  A If you are heading into a sea, you are going to have
6    pitch and you and rolling.
7  Q You also have pitch, yaw and roll?
8  A Correct. If you are heading into the sea, you are
9    going to have more pitch than if you are heading
10   beam to the sea. If you are heading stern to the
11   sea, you will have pitch and yaw and roll, too.
12   It's all different.
13 Q You are always going to have some movement?
14 A Always going to have dynamic movement.
15 Q But some of that movement may be imperceptible,
16   correct?
17 A Well, some of that movement is imperceptible. Some
18   of it you become used to because you develop your
19   sea legs; and if you don't develop sea legs and you
20   gain your equilibrium, you get sea sick.
21 Q What is your opinion as to what occurred in this
22   Aguiar case?
23 A Again I'll repeat my opinion. As he was placing the
24   safety hook around the chain on the door to stop it

Page 104

1    from moving away from the vessel to secure it
2    better, the distance between the side of the boat
3    where he was standing and the chain on the door
4    which he was trying to attach the safety chain
5    became greater. And his hand was around the pelican
6    hook, he didn't have the securing ring over the
7    pelican hook and when it became taught, the bottom
8    part of the hook snapped open and hit his finger.
9  Q So the cause of the tightening of the safety chain
10   in your opinion had to do with the rolling of the
11   boat?
12 A The rolling of the boat and the fact that he didn't
13   act fast enough to get the or couldn't, not that he
14   didn't intentionally, but he was not able to fast
15   enough put the safety hook, safety ring over the
16   stop ring over the pelican hook to prevent it from
17   opening, and it became taught quickly beyond his
18   estimation of how much time he had to perform that
19   task.
20 Q In your affidavit, show me where in your affidavit
21   you explain this theory that the rolling of the boat
22   caused the chain to tighten up.
23 A Paragraph 7 pretty much describes what we're talking
24   about here. Paragraph 8 describes that. That is

26 (Pages 101 to 104)

Page 105

1  basically what we're saying in those two paragraphs.
2  Q  Is your opinion that given the sea state that they
3     were in on the FISHING VESSEL MY WAY, that when
4     hooking up the safety chain, that safety chain would
5     periodically tighten up such as to pull the pelican
6     open?
7  A  Yes, at a certain point if the timing isn't right,
8     that is doing to happen depending how much movement
9     there is on the boat.
10 Q  I'm talking about in the sea state present at the
11    time of Mr. Aguiar's accident. Is it your opinion
12    that given that sea state, that that safety chain
13    will tighten up periodically such that it opens the
14    pelican hook up? Is that your opinion?
15 A  It is my opinion that that's what happened.
16       MR. REGAN: Objection to form. Go ahead.
17 Q  Is it your opinion that that would happen
18    regularly --
19       MR. REGAN: Objection.
20 Q  -- every time the FISHING VESSEL MY WAY is in the
21    same sea state that was present at the time of
22    Mr. Aguiar's accident?
23 A  It's my opinion that any time you are handling
24    weights, chains, anything like that, you have to be

Page 106

1  extremely careful and be alert to the hazards that
2  you are going to encounter, and that is one of them.
3  That is a common occurrence that they have to be
4  aware of, and I believe he stated that.
5  Q  Your statement is it is a common occurrence?
6  A  For chains, for wires and chains in moving objects,
7     heavy suspended weights, that can happen and will
8     happen, and it's a safety hazard that seamen have to
9     be aware of. I think I said that. It is a common
10    occurrence and a common --
11 Q  Let me ask you this: The amount of movement of the
12    door is a function of how much the boat is rolling,
13    correct?
14 A  Or pitching or moving. The total sum of all the
15    movements will result in the suspended weight moving
16    regularly, not staying in a fixed in space.
17 Q  And the magnitude of that movement is a function of
18    the sea state, correct?
19 A  Basically speaking, yes. If you were on shore in a
20    drydock and the vessel was not moving, then that
21    load is fixed in space and it's not moving unless
22    wind is blowing on it unless there is another force
23    acting on that that causes it to move. If you are
24    on a stable platform on this table, that suspended

Page 107

1  load should not move so you won't have that dynamic
2  occurrence that occurs in a seaway.
3  Q  You would agree with me that the amount of movement
4     of a hanging load is a function of the amount of
5     movement of the vessel, correct?
6  A  Yes, that's one of the factors affecting a movement
7     of a suspended load.
8  Q  And the amount of movement of the vessel is a
9     function of the sea state?
10 A  In part.
11 Q  What are the other parts?
12 A  The wind, the liquid load in the vessel. The amount
13    of cargo, a number of factors that would affect the
14    amount of movement of a vessel in a seaway, not just
15    the seaway but the vessel itself, its loading
16    condition.
17 Q  Given a stacked vessel in terms of configuration and
18    loading and so forth, that the sea state is the most
19    significant determinant of the movement of the
20    vessel.
21 A  That is a major factor, yes.
22 Q  And that just generally speaking, and we're talking
23    about movement of suspended loads, okay, movement of
24    suspended loads, speaking just generally, the

Page 108

1  rougher it is in general, the more the loads are
2  going to move?
3  A  The rougher it is, the windier it is, the longer the
4     length of the pendulum, all of those factors play
5     into the amount of movement of the suspended load.
6  Q  What is your opinion as to how much the door moved
7     relative to the, how much will the door move
8     relative to the safety chain given the sea
9     conditions that were present at the time of
10    Mr. Aguiar's accident?
11       MR. REGAN: Objection to form.
12 A  The only testimony to the effect or the estimated
13    amount of movement was about four or five inches.
14 Q  Who said four or five inches?
15 A  I believe it was Mr. Aguiar himself.
16 Q  Let me ask you this: When you formed your opinion,
17    did you base it upon the assumption that the door
18    moved only four to five inches?
19 A  No. The amount of movement four or five inches, ten
20    inches, 12 inches is not an important element. The
21    important element is that the chain became taught.
22    He observed relative movement of the door, the chain
23    became taught, the hook snapped open and hit him in
24    the finger. It's simple.

27 (Pages 105 to 108)