Page 109

1  Q  You will agree with me if the winch is let go, the
2     winch is let go, okay, then there is going to be
3     relative movement of the door relative to the safety
4     chain, correct?
5  A  If the winch is let go, the door is going to drop
6     into the sea and keep on going until the winch is
7     stopped. It's not going to move a short amount and
8     stop by itself.
9  Q  You are talking about on those Marco winches?
10 A  On any winch.
11 Q  When you say "let go," how do you define that?
12 A  I'm just trying to -- Maybe I should ask you to
13    define what you mean by "let go."
14 Q  I didn't define it. Describe how that Marco winch
15    on the MY WAY works.
16 A  It's a hydraulic winch with a hydraulic clutch.
17    When the clutch or the operating mechanism is
18    engaged, the winch drum turns and lifts the load,
19    lifts the wire, spools up the wire. When the winch
20    is stopped or put in neutral, there is a brake that
21    is set to prevent the load if it's still on the
22    winch from free spooling, so the brake is set as the
23    stop. And if you want to let the load go and let it
24    drop into the sea to set the doors out again, you

Page 110

1     disengage the brake and it can free spool.
2  Q  Is it your testimony that when you -- There is a
3     control -- You have been on the MY WAY, correct?
4  A  Yes.
5  Q  And there is a hydraulic control on the MY WAY,
6     correct?
7  A  Yes.
8  Q  It's mounted on the winch itself?
9  A  Yes.
10 Q  That hydraulic control has three positions, correct?
11 A  Yes.
12 Q  It is spring loaded?
13 A  Yes.
14 Q  You let go of it and it goes back to neutral?
15 A  Yes.
16 Q  When the hydraulic system is engaged, the hydraulic
17    pumps are running providing power to the winch on
18    the MY WAY and there is a load on the winch, okay,
19    and the control is placed to the neutral position,
20    will the winch free spool on the MY WAY?
21 A  If it's in neutral and disengaged, if the clutch is
22    disengaged, the winch will free spool if the brake
23    is not set.
24 Q  Is the clutch a separate control?

Page 111

1  A  I'm not sure if on the MY WAY it's a separate
2     control, but in order for the winch to free spool,
3     the clutch has to be disengaged, clutching
4     mechanism.
5        MR. ANDERSON: Can you draw the winch
6     controls on the MY WAY. The little scribble drawing
7     that we talked about before, why don't we just mark
8     the scribble as --
9        MR. REGAN: I think it's 8. I want to
10    say for the record --
11       MR. ANDERSON: Some is my writing and
12    some is his writing. I just wanted to mark it.
13       [Exhibit 8 marked for identification]
14       [Exhibit 9 marked for identification]
15 Q  I'll give you a pad of paper and mark with my red
16    pen as Exhibit 9, can you outline how the controls
17    work. I'll give you a blue pen.
18 A  What I will agree to do is give you a basic
19    schematic of a hydraulic winch similar to this as
20    long as you understand it's not a detailed schematic
21    or the exact mechanism on this vessel because I have
22    not for the purposes of this looked into the design
23    of the hydraulic system of the MY WAY. But
24    generally I'll give you a basic hydraulic winch and

Page 112

1     hydraulic system drawing.
2  Q  Do you know how the winch controls on the MY WAY
3     work?
4  A  Yes. I know if the winch is in neutral and the
5     clutch is disengaged, the brake has to be set to
6     prevent the load from free spooling. If the winch
7     is engaged, the clutch is engaged, you can go
8     forward or backward on the clutch using the
9     hydraulic.
10 Q  Do you know if there is a clutch control on the
11    winch on the MY WAY?
12 A  There is a clutch on every hydraulic winch.
13 Q  Is the clutch control on the winch on the FISHING
14    VESSEL MY WAY manually engaged or automatically
15    engaged?
16 A  I don't recall and I don't know specifically. I
17    believe it's part of the operating control on the
18    winch itself, but I'm not sure.
19 Q  You have been on the MY WAY, correct?
20 A  Yes.
21 Q  And you have observed the winch, correct?
22 A  I have not observed this winch operating on the
23    MY WAY.
24 Q  You have seen the winch?

28 (Pages 109 to 112)

Page 113

1  A  I have seen the winch.
2  Q  On the winch there is a control lever, correct?
3  A  Yes.
4  Q  And that control lever is spring loaded so if the
5     guy just lets go, it pops back to neutral?
6  A  Correct. I believe, based on Mr. Lima's testimony,
7     too, that was off and out of gear and he had set the
8     brake.
9  Q  Do you know whether on the FISHING VESSEL MY WAY
10    whether the winch will free spool if you let go of
11    the winch control with the brake open, let go of the
12    winch control with the hydraulic engaged, do you
13    know whether it will free spool or not free spool?
14 A  Not with the hydraulics engaged. If the clutch is
15    engaged, it won't free spool.
16 Q  The winch on the MY WAY, the power for the winch is
17    provided by a hydraulic pump, correct?
18 A  That's correct.
19 Q  That hydraulic pump can be turned on or turned off,
20    and the hydraulic power to the winch can either be
21    turned on or off as the case may be, correct?
22 A  Right.
23 Q  There may be occasion when you just don't want to
24    provide any power to the winch, is that correct?

Page 114

1  A  That's correct. But the pump is still running.
2  Q  Might be powering other types of equipment?
3  A  Or recirculating the fluid.
4  Q  If there is hydraulic power servicing the main winch
5     on the FISHING VESSEL MY WAY and if the operator
6     lets go of the hydraulic controls with the brake
7     off, not engaged, will the, and if there is a load
8     on the main winch, will the main winch move or free
9     spool as we said?
10 A  Yes.
11 Q  Is that true whether the -- What do you base that
12    on?
13 A  My understanding of the operation of that winch, and
14    that's why they have brakes to prevent it from
15    dropping back into the sea. The brake prevents the
16    winch from free spooling.
17 Q  If the brake isn't working, then the load, in this
18    case the door, will drop, correct?
19 A  If the brake is defective and not holding, that's
20    what can happen, yes, it will drop back into the sea
21    when you stop the rewinding of the winch.
22 Q  What if the hydraulic clutch is engaged and you put
23    it in neutral, what would happen?
24 A  It disengages the clutch. If the clutch is engaged

Page 115

1     and power is provided to the winch, then the winch
2     is going to turn. If you disengage it to stop the
3     winch from turning and set the brake to stop, to
4     hold the load that you have on the winch head.
5  Q  Does that control lever on the FISHING VESSEL MY
6     WAY, is that a hydraulic lever or mechanical lever?
7  A  It's a hydraulic lever on the control. It's a
8     hydraulic control valve.
9  Q  Is it kind of like a tractor or front loader?
10 A  Similar. There is fluid flowing through the valve
11    and it directs the fluid in one direction or
12    another, and the brake is a brake band around the
13    drum that stops the drum from turning.
14 Q  But it's your testimony that when that hydraulic
15    control lever that controls the hydraulic winch,
16    when that is placed in the neutral position, that
17    the winch on the MY WAY, main winch on the MY WAY
18    can move free spool unless the brake is applied?
19 A  Correct.
20 Q  Have you ever tested that?
21 A  On the MY WAY?
22 Q  Yes.
23 A  No, there was no reason to.
24 Q  Is that true of every single commercial fishing

Page 116

1     vessel that you are aware of?
2  A  In general terms, yes. There may be some updated
3     winches that have safeties built in, but that is
4     basically the mechanism of a winch. They have
5     hydraulic power or it can be mechanical power, a
6     chain drive around the winch. And when the chain
7     stops and you disengage it, you have to set the
8     brake to prevent it, if there is a load on the other
9     end, from dropping back into the sea. The way you
10    set the door is you disengage the brake, and the
11    drum is free spooling while the weight is dropping
12    to the bottom like a fishing reel.
13 Q  You never tested it on the MY WAY?
14 A  Oh, no. I had no reason to.
15 Q  On the MY WAY, how would you use the clutch, then?
16    You said there is a crutch that is sometimes a
17    second control?
18 A  The operating valve and the clutch are probably
19    synchronized in one mechanism so when you engage the
20    lever of the hydraulic control one direction or the
21    other, the clutch engages and turns the spool like a
22    fishing reel. If you engage the clutch on a fishing
23    reel and wind it up, you are going to haul that load
24    in. If you disengage it and have a fish on the end

29 (Pages 113 to 116)

Page 117

1  of the fishing reel, it's going to drop back in.
2  Q  Is it your testimony on the MY WAY it had an
3     automatic clutch that engaged?
4  A  I don't know if it was a separate mechanism for the
5     clutch or all part of the same operating valve
6     mechanism. I would have to study that and look at
7     the blueprints.
8  Q  But you have not done so, correct?
9  A  I had no reason to.
10 Q  It's your testimony that if I were to stand at the
11    winch control valve and take the winch control
12    lever, first of all take the brake and make it so
13    it's loose, not braking the winch at all -- Do you
14    understand that?
15 A  Disengage the brake.
16 Q  -- disengage the brake, now I take --
17 A  And disengage the operating mechanism in the clutch?
18 Q  Never even touch the operating mechanism, haul back
19    with the control levers so I'm pulling in wire and
20    take the control lever and put it to the neutral
21    position--
22 A  You are disengaging the operating mechanism when you
23    do. The winch is no longer turning so you are
24    disengaging the turning mechanism. It's either

Page 118

1  forward, reverse or neutral. When it's neutral, it
2  will free spool if there is a weight on the end of
3  it or a load pulling it off the winch unless the
4  brake is set.
5  Q  So we're clear about your testimony I want to ask
6     you, this is as I understand it: As I understand it
7     that you believe that the way the winch on the main,
8     the port side main winch on the FISHING VESSEL MY
9     WAY works is that when you are hauling in a load,
10    you would take the brake off so it is not applying
11    any braking pressure; that you then turn the
12    hydraulic valve so you are hauling in the main wire;
13    the main wire is hauled in to the appropriate point
14    at which point you take the hydraulic valve and
15    place it in neutral and do nothing else; when you do
16    that, on the FISHING VESSEL MY WAY, will the spool
17    of wire rope free spool now?
18 A  If there is a load pulling it off, it will.
19 Q  And your opinion in this case is based partly upon
20    that understanding of that winch?
21 A  Very small part.
22 Q  What's your understanding how much weight was in the
23    bag at the time of Mr. Aguiar's accident?
24 A  Exact amount of weight, I don't know.

Page 119

1  Q  A lot? A little? Was it -- Is it your
2     understanding there was an excessive amount of
3     weight in the bag at the time of his accident?
4  A  Not excessive. A little more than average.
5  Q  What is average on a fishing vessel?
6  A  I don't know. Just basing on the testimony and what
7     they said, a little bit heavier than other loads but
8     not heavier than they have ever had, a little more
9     than average.
10 Q  What is an average bag on the MY WAY?
11 A  Total weight, I don't know.
12 Q  A thousand pounds?
13 A  I don't know.
14 Q  Five thousand pounds?
15 A  I don't know without inquiring as to the amount of
16    weight that they pull up on a -- Depends on several
17    factors, where they are fishing, what kind of fish
18    they are fishing for, the density of the fish.
19 Q  What is your opinion of the sea conditions which
20    were present at the time of Mr. Aguiar's accident?
21    What's your opinion as to how far away from the rail
22    the door swung, would be swinging given that sea
23    state at the time of Mr. Aguiar's accident?
24    MR. REGAN: Objection. Go ahead.

Page 120

1  A  Far enough away to create a strain on the safety
2     chain that he was placing on the chain on the door
3     to cause the hook to open up before he had the stop
4     ring placed over the hook.
5  Q  Do you know the length of the safety chain?
6  A  I don't know the exact length of the chain on that
7     date and the distance away that he was trying to
8     attach it. All I know it became taught and opened
9     up.
10 Q  Do you know whether the door would swing away from
11    the vessel more than an inch?
12 A  I'm assuming it's more than an inch.
13 Q  Do you have an opinion as to whether it's more than
14    an inch?
15 A  Yes, it would be more than an inch.
16 Q  Do you have an opinion as to whether it would be
17    more than six inches?
18 A  It could be six inches. My understanding is that he
19    estimated that it appeared to move four to five
20    inches.
21 Q  And your opinions are that the door appeared to him
22    to move four to five inches?
23 A  Yes.
24 Q  Where do you get that?

30 (Pages 117 to 120)