Page 133

1  door. It wasn't disconnected, it was connected.
2  Q  Correct.
3  A  It just wasn't secured with the ring.
4  Q  Correct. So what we're talking about is we're
5     talking about the safety chain's connected at a
6     point on the gallus frame, correct?
7  A  Correct.
8  Q  And the door is connected to a point on the gallus
9     frame, correct?
10 A  Yes.
11 Q  And they are not in the exact same point?
12 A  Yes.
13 Q  When the boat rolls, there will be relative movement
14    between the two?
15 A  Yes.
16 Q  And the amount of relative movement is a function of
17    the sea state, correct?
18 A  Yes.
19 Q  It's a function of how much of the load is hanging
20    on the door by the bag in the water, correct?
21 A  By more the length, not by the load. The amount of
22    lateral movement will not be affected by the load,
23    vertical load on the door, it will be affected by
24    the length of the pendulum, the distance between the

Page 134

1  door and the gallus point on which it's fixed and
2  restrained somewhat by the length of line between
3  the net and the door. So it will, it won't freely
4  swing out and keep on going, there is some
5  restriction. But it's not a fixed restriction,
6  there is movement in there. And he already had the
7  safety chain around the chain on the door. And what
8  happened was, as we've described and he described,
9  the boat moved --
10 Q  Where did he describe the boat moved? Where did you
11    read that the boat moved and he hurt his hand?
12        MR. REGAN: Objection. I don't think he
13 said that. I have it over here.
14 A  Mr. Lima, page 40: "Was the boat rolling at the
15    time Carlos was hooking up the door?"
16        "Yes, it always is. The minute you leave
17 New Bedford to come back, it never stops."
18        The boat was moving, and I believe if we
19 went through his deposition, Mr. Aguiar's
20 deposition, he will say that the door moved away
21 from him and the chain came taught and that is what
22 caused the hook to open up and snap in his finger.
23 The weight moved from where he was going to hook up.
24 If it hadn't happened, if it hadn't come taught, if

Page 135

1  it hadn't moved, it wouldn't have come taught.
2  Q  Is there any other section that you rely or any
3     other source that you get for the fact that the boat
4     was moving at the time of the accident other than
5     what you just read from the deposition of Mr. Lima?
6  A  No. I believe if we went through Mr. Aguiar's own
7     statements and deposition he will say the boat, the
8     door moved, the boat moved, everything moved and it
9     came taught. It just happened.
10 Q  The door moving could be a function of somebody
11    letting go of the brake or moving forward on the
12    controls or both, true?
13 A  If you let go of the brake, it's going to drop all
14    the way down, it's not going to just move a short
15    distance and stop.
16 Q  You read Mr. Aguiar's deposition, did you not?
17 A  Yes.
18 Q  Did you read the entire thing?
19 A  Yes.
20 Q  You are aware that he testified that the door
21    actually lifted up a bit and then dropped down into
22    the water? Are you aware of that testimony?
23 A  I understand that was his perception.
24 Q  That is what his testimony was, correct?

Page 136

1  A  Yes.
2  Q  Do you have any explanation of what would cause the
3     door to move upwards relative to him other than
4     somebody operating the winch controls?
5  A  The movement of the boat in the seaway would give
6     the impression standing on the side of the boat that
7     it was moving. The boat rolling, which started this
8     two hours ago, the boat rolling would give the
9     perception of that suspended weight moving relative
10    to where he was standing.
11 Q  Even though he is standing right next to the door
12    and he is rolling, the door is rolling, and
13    everything is rolling, you think that he would
14    perceive that as being the door, that what he was
15    really doing was perceiving the roll of the boat?
16 A  Yes.
17 Q  How much was the boat rolling at the time of
18    Mr. Aguiar's accident?
19 A  In degree, I don't know.
20 Q  What is your best estimate?
21 A  I have no estimate of amount of roll. Enough to
22    create the tension on the chain that he had his hand
23    on to cause it to open up before it was secured.
24 Q  The amount at which it would take to put tension on

34 (Pages 133 to 136)

Page 137

1    the chain would be a function of how much slack
2    there was in the safety chain, correct?
3  A  And how much force was placed, lateral force was
4    placed on the door which was swinging.
5  Q  The basis of your claiming that there was -- Is
6    there any way -- What is your opinion as to how far
7    outboard the door moved relative to the rail of the
8    boat?
9  A  I have no idea how much it moved.
10 Q  An inch?
11 A  Enough to cause the chain that he had in his hand to
12   become taught and break free before he had it
13   secured.
14 Q  Was that -- Do you have an opinion as to whether it
15   was one inch?
16 A  I do not because we don't have any evidence how far
17   it swung after it came free.  He wasn't looking at
18   it after it came free.
19 Q  Do you have any evidence that it did swing?  Are you
20   aware of any evidence from anyone that the door
21   swung away from the boat?
22 A  Mr. Aguiar himself said it moved away from him.  The
23   chain came taught.
24 Q  Where did Mr. Aguiar say the door moved away from

Page 138

1    him?  Where in his testimony?
2  A  I'll have to read his deposition again, but you
3    asked me at the beginning what my understanding of
4    the mechanics of it was --
5  Q  When you said "moved away," you mean moved sway
6    laterally, correct?
7  A  And down.
8  Q  You would agree that he testified that the door
9    dropped vertically?
10 A  Laterally and down.
11 Q  Is it your understanding that he did not testify
12   that the door dropped?
13 A  No, I didn't.  I'm agreeing with you on that, but
14   not just dropped, but moved away and everything came
15   taught.
16 Q  You base your opinion upon the fact that Mr. Aguiar
17   testified that the door moved away from him
18   laterally?
19 A  And Mr. Lima said the boat was rolling and it moved.
20   It's a combination of the facts as presented, the
21   full sum and parcel of the whole story as told by
22   Mr. Lima, Mr. Aguiar.
23 Q  Do you have an opinion under this sea state whether
24   the door would move six inches laterally from the

Page 139

1    side of the vessel?
2  A  I do have an opinion as to the amount of movement it
3    would move without being restrained.
4  Q  Do you know if the door is hauled up to the proper
5    position where it is now hanging on the gallus
6    frame, how much slack would be in the safety chain?
7  A  Once it was set?
8  Q  If one of the doors was hauled by the main tow wire
9    up so it's alongside the vessel and hanging in the
10   correct position, how much slack would be in the
11   safety chain to allow the man to attach the safety
12   chain?
13 A  I don't know the exact amount of slack.  I haven't
14   measured it.
15 Q  Would it be an inch?
16 A  Probably be more than an inch.
17 Q  Would it be six inches?
18 A  I don't know.
19 Q  Would it be a foot?
20 A  I don't think so.  I don't know.
21 Q  Would it be two feet?
22 A  I do not think it would be very significant because
23   the purpose of the safety chain is to prevent the
24   movement.  Now the exact amount of slack they have

Page 140

1    in that chain I don't know, and I would have to make
2    inquiries of Mr. Lima and Mr. Aguiar how much slack
3    they had in that chain at the time when everything
4    was hooked up and secure.
5  Q  What do you base the opinion that the purpose of the
6    safety chain is to keep the door from swinging?
7    What do you base that opinion on?
8  A  That's the definition by definition of what a safety
9    chain and stopper is for.  It's not to do anything
10   else and to prevent it from moving and keep it in a
11   secure position.
12 Q  Where is that definition to be found?
13 A  Where is it written?  I haven't produced any written
14   documents, but I'm sure I could somewhere to
15   describe to you the purpose of the safety chain.
16   That is common knowledge what the purpose of a
17   safety chain is.  That's the definition.
18 Q  You are saying because the part is called a safety
19   chain, therefore the purpose of it is to stop the
20   door from swinging, is that correct?
21 A  From moving, from moving once it's set in place to
22   prevent it from becoming a swinging weight which
23   could result in injury.
24 Q  Well, even when the safety chain is hooked up, there

35 (Pages 137 to 140)

Page 141

1  is still a swinging weight?
2  A  But very, very little.
3  Q  How much -- Where is the safety chain on the FISHING
4     VESSEL MY WAY, where is the safety chain attached to
5     the gallus frame, what height?
6  A  I don't know the exact height. I think I said about
7     head height.
8  Q  Around six feet off the deck?
9  A  Between five and six feet.
10 Q  What is the height at which the block is attached to
11    the gallus frame on the FISHING VESSEL MY WAY?
12 A  Seven or eight feet anyway.
13 Q  What is the height of the, off the deck of the door
14    where it attaches to the safety chain?
15 A  When it's suspended over the side?
16 Q  Yes.
17 A  Probably four feet.
18 Q  Meaning the attachment point to the chain attaches
19    to the door is about four feet off the deck level?
20 A  Probably.
21 Q  Attached in point --
22 A  Depends on the boat and depends on the door.
23    Without setting a duplication of the event and going
24    back in time to take those measurements, I don't

Page 142

1     know.
2  Q  You would agree with me if there were two feet of
3     slack in the safety chain and the door was moving
4     laterally one foot, then the lateral movement of the
5     door could not cause the safety chain to become
6     taught?
7  A  Under those circumstances two feet of slack with
8     only one foot of movement, there would appear as if
9     that would not have caused this incident.
10 Q  So you agree if the amount of slack in the safety
11    chain exceeded the amount of lateral movement of the
12    door, then if that is true, then lateral movement
13    cannot account for a tightening of the safety chain?
14    Do you agree with that?
15 A  You don't have strictly lateral movement in that
16    dynamic. There is lateral and vertical movement at
17    the same time. As the boat rolls, the suspended
18    door moves outboard and down by the movement of the
19    boat rolling down. The boat doesn't roll on a fixed
20    axis, it rolls and dips.
21 Q  And the gallus frame rolls and dips?
22 A  And the door rolls, swings out and dips.
23 Q  Do you agree with me that if the amount of slack in
24    the safety chain exceeds the amount of lateral

Page 143

1     movement of the door, then the roll of the vessel
2     cannot account for a tightening up of the safety
3     chain?
4  A  Well, I believe your question just answered your own
5     question. I don't think I need to answer. There is
6     no answer to that.
7  Q  Okay.
8  A  If you had a ten-foot chain, the hypothetical you
9     are giving is you have answered it yourself.
10 Q  So if you have a two-foot chain and one foot of
11    lateral movement, you are not going to tighten up on
12    that chain, correct?
13 A  You shouldn't, all things being equal.
14 Q  If you only have one inch of slack and one foot of
15    lateral movement, you might get some tightening up,
16    correct?
17 A  Under those hypotheticals that I do not agree
18    existed, then I would say you are perhaps right.
19 Q  Do you have an opinion as to the proper amount of
20    slack on a safety chain on a commercial fishing
21    vessel such as the MY WAY?
22 A  The amount of the slack necessary to handle the
23    chain safely and secure the chain would be subject
24    to the seamanship of the captain and crew when he

Page 144

1     set the amount of chain for their own purposes and
2     their own boat. There is no set amount. It cannot
3     be described in inches, it can only be described as
4     suitable for its intended purpose and adequate for
5     the intended circumstances.
6  Q  Do you believe if a safety chain is getting taught
7     in a two- to three-foot sea, there is inadequate
8     amount of slack in that safety chain?
9  A  No, I would not agree.
10 Q  Do you believe that the safety chain, that no matter
11    how much slack you put in the safety chain, as long
12    as you are in the ocean there are going to be times
13    when it's going to tighten up under any weather
14    conditions?
15 A  Any time you are working with weights, chains and
16    hooks, you have to be careful for your hands and
17    fingers, you have to be observant and have to be
18    diligent and you have to be cautious.
19       MR. ANDERSON: Would you read the
20    question.
21       *[The last question was read.]
22       THE WITNESS: I believe I answered it.
23       MR. ANDERSON: I don't think I got an
24    answer. I'm going to ask for an answer to the

36 (Pages 141 to 144)