UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12011-MLW

CARLOS A. AGUIAR,       )
     Plaintiff           )
                         )
v.                      )
                         )
LIMA & CURA FISHING     )
CORPORATION,            )
     Defendant           )

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

For the Plaintiff,

/s/David F. Anderson      10/18/06
David F. Anderson - BBO #560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617)523-1000
danderson@lattianderson.com

For the Defendant,

/s/Joseph A. Regan
Joseph A. Regan - BBO #543504
REGAN & KIELY LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02109
(617)723-0901
jar@regankiely.com